Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.   Criminal No.   19-268

ROBERTO CARLOS OSTEN MESTRA (1)
AIMER ALBERTO ALVARAN POSADA (4)

Category   B

**SEALED**

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on  2/24/2023  from  Calendar Committee  to  Judge Tanya S. Chutkan  by direction of the Calendar Committee.

(Defendants are No Longer Fugitives)

<u>JUDGE RUDOLPH CONTRERAS</u>
Chair, Calendar and Case
Management Committee

cc:   Judge Tanya S. Chutkan   & Courtroom Deputy
Calendar Committee

U.S. Attorney's Office – Judiciary Square Building, Room 5133
Statistical Clerk