UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) CRIMINAL NO. 19-CR-268 (TSC) |
| | ) |
| **v.** | ) **UNDER SEAL** |
| | ) |
| **ROBERTO CARLOS OSTEN MESTRA,** | ) |
| also known as "Navarro," | ) |
| | ) |
| **Defendant.** | ) |

## JOINT STATUS REPORT ON THE GOVERNMENT'S BRADY DISCLOSURES

The United States of America ("Government") and Defendant Roberto Carlos Osten Mestra ("Defendant"), by and through the undersigned counsel, in accordance with the Court's Minute Order dated January 22, 2025, report that there are no remaining *Brady* disputes. *See Brady v. Maryland*, 373 U.S. 83, 87 (1963).

1. On November 12, 2024, the Government produced supplemental discovery to the Defendant. On November 14, 2024, the Defendant requested additional discovery related to the Government's disclosure.

2. On December 23, 2024, the Government provided summaries of co-conspirator statements in response to Defense Counsel's discovery demand, dated November 14, 2024. The Government also provided supplemental discovery materials including confidential human source debriefs, reports of interviews of a charged co-defendant,[1] and the Defendant's records of incarceration in Colombia.

3. On January 8, 2025, the Government provided additional supplemental discovery, independent of its *Brady* obligations.

---

[1] The referenced co-defendant, Eduar Antonio Calle Hoyos, also known as "Pablito," was cooperating with the United States government and died in custody at La Picota, a prison in Colombia, while awaiting extradition in December 2021.

Dated: February 3, 2025

                                              Respectfully submitted,

                                              MARLON COBAR, Chief
                                              Narcotic and Dangerous Drug Section
                                              Criminal Division
                                              U.S. Department of Justice

| */s/ Eduardo Balarezo* | */s/ Douglas Meisel* |
|---|---|
| Eduardo Balarezo | Douglas Meisel |
| Counsel for Roberto Carlos Osten Mestra | Josh Katcher |
| 400 Seventh St. NW, Suite 306 | Trial Attorneys |
| Washington, D.C. 20004 | Narcotic and Dangerous Drug Section |
| Email: aeb@balarezolaw.com | Criminal Division |
| | U.S. Department of Justice |
| | 145 N Street, NE |
| | Washington, D.C. 20530 |
| | Phone: (202) 598-2281 |
| | Email: douglas.meisel@usdoj.gov |

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of this motion has been served by electronic mail on counsel for the Defendant this 3rd day of February, 2025.

                                      */s/ Douglas Meisel*
                                      Douglas Meisel
                                      Trial Attorney
                                      Narcotic and Dangerous Drug Section
                                      Criminal Division
                                      U.S. Department of Justice