IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Case No.: **19-cr-00268 (TSC)** |
| : | |
| FABIAN TORRES CARANTON : | |
| Defendant. : | |

**MOTION FOR AUTHORIZATION OF PAYMENT OF INTERIM VOUCHERS**

Comes now the defendant, Fabian Torres Caranton, by and through counsel and moves this Honorable Court to enter an order authorizing the payment of interim claims for compensation pursuant to the Criminal Justice Act.

1. Undersigned counsel represents the defendant pursuant to the Criminal Justice Act.

2. The length of the representation exceeds 6 months.

3. Since appointment counsel has not received compensation in this matter.

4. Continued representation without compensation represents a hardship. *See* § 3.06(a) of the Guidelines for the Administration of the Criminal Justice Act *U.S. v. Lawrence*, Case No. 06-CR-140-2lD, (D. Wyo. Dec. 6, 2006).

5. Undersigned has already completed a significant amount of work in this case.

6. Very recently, on December 30, 2024, the Administrative Office of the United States Courts provided a Guide to Judiciary Policy. (See Attached). This new policy "encourage[s] greater and more consistent use of interim payments for panel attorneys and service providers in Criminal Justice Act representations."[1] Specifically it provides that "Courts … should provide interim reimbursement expenses to counsel at regular intervals in representations exceeding 90 days in duration or $4,000 in accrued compensation and expense claims." It further goes on to push for use of interims vouchers so as "to strike a balance between the interest in relieving court-appointed attorneys of financial hardships

---

[1] Undersigned has attached a Proposed Order provided by the Federal Public Defender's Office for the District of Columbia.

in CJA representations and the requirement for the chief judge of the circuit or their delegate to approve compensation over the statutory thresholds."[2]

Wherefore, the defendant moves this Honorable Court to enter an order authorizing the payment of interim claims for compensation pursuant to the Criminal Justice Act.

Respectfully submitted,
By Counsel

_____/s/_____
Elita C. Amato
DC Bar # 442797
Attorney at Law
2111 Wilson Blvd., 8th Floor
Arlington, VA 22201

---

[2] Undersigned has represented Mr. Torres since January 2024, and has accrued more than $4,000 in compensation and expense claims.

Amato.law@comcast.net
Amato@amatoatlaw.com
Counsel for Defendant Fabian Torres Caranton

2

**CERTIFICATE OF SERVICE**

      I hereby certify that I caused a true and accurate copy of the foregoing to be served on all counsel of record via ECF on FEBRUARY 28, 2025.

/s/
_____
Elita C. Amato
DC Bar # 442797
Attorney at Law