IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No.: **19-cr-00268 (TSC)** |
| | : | |
| FABIAN TORRES CARANTON | : | |
| Defendant. | : | |

## MOTION TO FILE UNDER SEAL

Comes now the defendant, Fabian Torres Caranton, by and through counsel and moves this Honorable Court permit him to file under seal his motion for medical treatment. As the motion contains personal information about his health he moves for authorization to file the pleading under seal.

Respectfully submitted,

/s/

_____

Elita C. Amato
D. C. Bar # 442797
2111 Wilson Blvd., 8th Floor
Arlington, VA 22201
703-522-5900
Amato.law@comcast.net
Amato@amatoatlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and accurate copy of the foregoing to be served on all counsel of record via ECF on April 9, 2025.

/s/

_____

Elita C. Amato
DC Bar # 442797
Attorney at Law

2