UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AIMER ALBERTO ALVARAN POSADA, also known as "Hermanito," "Poveda" and "Santi"<br><br>Defendant. | CRIMINAL NO. 19-CR-268 (TSC) |

## GOVERNMENT NOTICE OF INTENT TO CALL EXPERT WITNESSES AT TRIAL – SUPPLEMENT

The United States of America, by and through undersigned counsel, submits this supplement to its Government Notice of Intent to Call Expert Witnesses at Trial, dated July 1, 2025. ECF No. 121. The Government previously stated that it would provide (1) the case names and numbers in which Ms. Victoria Broadstreet qualified and testified as an expert within the past four years, and (2) a signed copy of Ms. Diana Carolina Castaneda Torres's summary of testimony.

Ms. Broadstreet qualified and testified in:

- *United States v. Gerald Williams*, No. 8:19-cr-502-T-24JSS (M.D. Fla. Aug. 2021); and

- *State of Florida v. Christopher Lamar Jones*, Case No. CO-2021-000513-CF-B (Fla. Cir. Ct. Mar. 2023).

A signed copy of Ms. Castaneda Torres's summary of testimony is attached to this Supplement as Attachment A

Dated: Tuesday, July 15, 2025

                                      Respectfully Submitted,

                                      MARLON COBAR, Chief
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

By: */s/ Josh Katcher*
Josh Katcher
Douglas Meisel
Trial Attorneys
Narcotic and Dangerous Drug Section
Criminal Division,
United States Department of Justice
145 N Street, NE
East Wing, Second Floor
Washington, D.C. 20530
Tel: 202-805-5769

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was sent via the CM/ECF system, to counsel of record for the defendant on Tuesday, July 15, 2025.

                                          */s/ Josh Katcher*
                                          Josh Katcher
                                          Trial Attorney
                                          Narcotic and Dangerous Drug Section
                                          Criminal Division
                                          Department of Justice