| | |
|---|---|
| [Seal of the National Police, Republic of Colombia, God and Country] | **MINISTRY OF NATIONAL DEFENSE**<br>NATIONAL POLICE<br>CRIMINAL INVESTIGATION AND INTERPOL OFFICE<br>POLICE FORENSICS AND CRIMINOLOGY COMPONENT |
| No. GS-2025-019161<br>Bogota, D.C. | **/CCRIM – ARCIF – 3.1**<br>**11 FEB 2025** |

Srs.
DEPARTMENT OF JUSTICE
United States of America

Re: Summary of testimony in case with unique criminal information number (NUNC [by it's Spanish acronym]): 11-001-60-99144-2018-00265

In response to the request made by the Department of Justice of the United States of America, I should like to provide the requested information as follows:

1. My name is: Diana Carolina Castañeda Torres
2. I currently work for the Colombian National Police, assigned to the Criminal Investigation and Interpol Office at the Forensic Chemistry Laboratory, performing duties as an Expert Chemist. I was working at the institution when I performed the analyses described below. I am authorized to test narcotic substances and to issue Laboratory Investigator reports, which are sent to the authorized requesting parties, and which identify the evidence which, for this particular request, is described below. This authorization is based on my knowledge, skills, experience, training, and education, which can be verified in my resume, attached to this document.

   The result issued in the laboratory investigator report is based on instrumental chemical analysis and on the interpretation of that result, which was sent previously to the requestor.

   The procedure for carrying out the analysis was in line with the [procedure] documented in guide: 2DC-GU-0036, "Analysis of drugs and similar [substances];" procedure which was previously validated by the Laboratory, and which is available on the Colombian National Police intranet.

3. I analyzed the evidence described in the laboratory investigator report identified with internal order number 201836585 and unique criminal information number 11-001-60-99144-2018-00265, and the conclusion is included as part of the previously issued laboratory report.
4. The internal reports of the instrumental analysis that was carried out identify the evidence referenced herein under internal work order number 201806585, giving the following results:
    a. Substance identified: Cocaine was identified in the twenty-five (25) samples.
    b. Weight of the evidence with packaging: 14.7248 grams
    c. The analysis applied is qualitative identification using the gas chromatography mass spectrometry technique.

The analytical method that was used was validated and verified in accordance with our internal quality system and procedures. The instrumental methods that were used for this report have been implemented by the Forensic Chemistry Laboratory of the Office of Criminal Investigation and INTERPOL, are classified by their analytical capacity for unequivocal identification of samples and are accepted within the scientific community nationally and internationally. They are available for review in the Laboratory.

The information presented in this document has been provided for informational purposes, and it may be expanded on at trial. As Expert Chemist at the Forensic Chemistry Laboratory, I subscribe to the information described herein.

*Diana C. Castañeda T.*

ASE-02 **DIANA CAROLINA CASTAÑEDA TORRES**
Expert Chemist – Forensic Chemistry Laboratory

Date of issue: 02-06-2025

www.policia.gov.co

**INFORMATION CLASSIFIED AS PUBLIC**