UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES                              :                19 CR. 268-4 (TSC)

v.                                         :

AIMER ALBERTO ALVARAN POSADA               :

Defendant.                                 :

### DEFENDANT'S STATEMENT OF FACTS IN SUPPORT OF GUILTY PLEA

Defendant Aimer Alvaran Posada will be entering a plea of guilty before the Court on August 27, 2025 to Count One of the Indictment, without a written plea agreement with the Government. With respect to the Statement of Facts in support of the plea, the defendant will admit as follows:

**Between August 2018 and September 2018, the defendant conspired with other persons to distribute five kilograms or more of cocaine, knowing, intending, or having reason to believe that it would be unlawfully imported into the United States, which is in violation of 21 United States Code Sections 959(a) and 963.**

The defendant will not be admitting to any additional conduct in connection with the guilty plea.

Respectfully submitted,

*Robert Feitel*

_____
AIMER ALBERTO ALVARAN POSADA

_____
Robert Feitel, Esquire
1300 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
D.C. Bar No. 36667
202-255-6637 (cellular)
RF@RFeitelLaw.com